Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Brian Leicht<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-10817<br><br>Chapter:  13<br>Honorable Donald R. Cassling |

## ORDER MODIFYING PLAN

This matter coming to be heard for confirmation, it is ordered:

1) The Debtor's June 5, 2018 plan is modified to, in section 5.1, uncheck the first box of three; in section 5.1, the second box is checked, to pay 1.6% of the total amount of general unsecured claims, a total estimated payment of $17,746.20.

Enter:

*Donald R. Cassling* /nvc
Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 14 JUN 2018

**Prepared by:**
Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604